UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Charles Burill

                                        Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR**
**TELE CONFERENCE**

**-CR-**    **( )( )**

Defendant **Charles Burill** _____ hereby voluntarily consents to
participate in the following proceeding via X__ videoconferencing or X__ teleconferencing:

**X**    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

**X**    Bail/Detention Hearing

___    Conference Before a Judicial Officer

/s/ Charles Burill
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Charles Burill**
_____
Print Defendant's Name

Defendant's Counsel's Signature

**Calvin H. Scholar**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

February 4, 2021
_____
Date

JAMES L. COTT
United States Magistrate Judge